**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )    8:06CV356 |
| v. | ) |
| | ) |
| **Tina Pointer,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Salvation Army,** | ) |
| | ) |
| **Garnishee.** | ) |

**ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT**

This matter comes before this Court on the Application For Writ of Continuing Garnishment (Filing No. 14) of the plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Salvation Army, the garnishee, and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Salvation Army, whose address is 5750 N. 35 Street, Omaha, Nebraska 68111.

DATED this 24th day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge