**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | 8:06CV356 |
| v. | ) ) | **ORDER TO ISSUE WRIT OF** |
| **TINA POINTER,** | ) ) | **CONTINUING GARNISHMENT** |
| **Defendant,** | ) ) | |
| **and** | ) ) | |
| **NEBRASKA MEDICAL CENTER,** | ) ) | |
| **Garnishee.** | ) | |

This matter comes before this Court on the Application For Writ of Continuing Garnishment (Filing No. 23) of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Nebraska Medical Center, the garnishee, and for good cause shown,

**IT IS ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Nebraska Medical Center, whose address is P.O. Box 6007, Omaha, NE 68106.

DATED this 9th day of May, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge