# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CV356 |
| vs. | ) | ORDER |
| TINA POINTER, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's request for a hearing (Filing No. 28). The defendant filed the request for hearing after the plaintiff filed a notice of garnishment (Filing No. 27). Under the circumstances a hearing shall be set.

**IT IS ORDERED:**

1. The defendant's request for a hearing (Filing No. 28) is granted.

2. The plaintiff's notice shall come on hearing before the court on **June 26, 2008, 9:00 a.m.** in Courtroom No. 7, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. All requests for changes of the hearing setting shall be by motion filed with the Clerk of Court.

4. The Clerk of Court shall send a copy of this order to Tina Pointer at:

   Tina R. Pointer
   5122 NW Radial Highway
   Omaha, NE 68104

DATED this 4th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge