IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 8:06CV356 |
| | ) | |
| TINA POINTER, | ) | |
|     Defendant, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| TEACH ME CHILDCARE & LEARNING CENTER, | ) | |
|     Garnishee. | ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Teach Me Childcare and Learning Center, the garnishee (Filing No. 39), and for good cause shown,

**IT IS ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Teach Me Childcare & Learning Center, whose address is 4830 Ames Ave., Omaha, NE 68104.

DATED this 12th day of October, 2011.

BY THE COURT:

s/Thomas D. Thalken
U.S. Magistrate Judge